UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ASHLEY M. ATTAWAY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 16-cv-01047-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Ashley M. Attaway's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Ashley M. Attaway**, and that this matter is **DISMISSED** without prejudice.

**DATED:**  9/21/2016        **JUSTINE FLANAGAN,**
                                          **Acting Clerk of Court**

                                          *s/Tina Gray*, **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**